**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ANDREW FEINBERG

*Plaintiff,*

v.

LYFT, INC., *et al.*

*Defendants*

Case No.

**DEFENDANT LYFT, INC.'s STATEMENT ON STANDING ORDER CONCERNING REMOVAL**

Defendant, Lyft, Inc. ("Defendant" or "Lyft"), by and through its attorneys, Ashley L. Voli, Lily I. MacKenty, and Lewis Brisbois Bisgaard & Smith, LLP, hereby submits the following Statement pursuant to the Court's Standing Order Concerning Removal and states:

1. Lyft was served with process on August 24, 2026. It is unknown whether Defendant Ahmed Addou has been served as of the date of this filing.

2. Lyft is not a citizen of the State of Maryland. Lyft is a corporate entity with its principal office in California and incorporated under the laws of Delaware. Defendant Addou is a citizen of the State of Virginia.

3. There is complete diversity between the parties as Plaintiff alleges that Plaintiff is a resident of the State of Maryland, and no Defendant is alleged to be a resident of the State of Maryland.

4. Removal did not take place in excess of thirty (30) days after Lyft was served, as Lyft was served on August 24, 2026. The Complaint was filed in the Circuit Court for Montgomery County on August 12, 2026, and Lyft removed the case to this Court on September 21, 2026.

5. Removal did not take place more than one (1) year after the State Court action was commenced on August 12, 2026.

6. Lyft has filed the required Local Rule 103.3 Disclosure.

Respectfully submitted,

*/s/ Ashley L. Voli*
Ashley L. Voli Bar No. 18642
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 Light Street, Suite 1300
Baltimore, Maryland 21202
Telephone: 410.525.6396
Facsimile: 410.779.3910
Ashley.Voli@lewisbrisbois.com

*/s/Lily I. MacKenty*
Lily I. MacKenty Bar No. 21089
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 Light Street, Suite 1300
Baltimore, Maryland 21202
Telephone: 410.525.6405
Facsimile: 410.779.3910
Lily.MacKenty@lewisbrisbois.com

***Attorney for Defendant Lyft, Inc.***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Statement on Standing Order Concerning Removal was served on this 21st day of September, 2026, via *CM/ECF* and/or first-class mail on the following:

Nicholas E. Vogt, Esq.
Rice Law
1954 Greenspring Drive, Ste. 555
Timonium, MD 21093
*Attorneys for Plaintiff*

Ahmed Addou
121 N. Wayne St., Apt 2.
Arlington, VA 22201
*Defendant*

*/s/ Ashley L. Voli*
Ashley L. Voli